UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CNETRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 5:21-cr-00083-GFVT-MAS |
| V. | ) ) | |
| ANDREW MICHAEL HUBLER, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 38.] The recommendation instructed the parties to file any specific written objections within five days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Hubler knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea [R. 38] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Andrew Hubler is **ADJUDGED** guilty of Count One (1) of the Indictment;

3. Mr. Hubler is **ADJUDGED** to **FORFEIT** his interest in (1) Seagate 500 GB Laptop Hard Drive S/N: W62MWFS5 and (2) Alcatel A501DL Smartphone, IMEI: 015293007623071;

4. A Sentencing Order shall be entered promptly.

This the 3d day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge